No. 86–7035. OCHOA *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 86–7036. WHITCOMB *v.* MINNESOTA. Ct. App. Minn. Certiorari denied.

No. 86–7037. SCHUBERT *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 86–7038. MITCHELL *v.* CREECY ET AL. C. A. 4th Cir. Certiorari denied.

No. 86–7039. PLAIN *v.* CITY OF BATON ROUGE ET AL. C. A. 5th Cir. Certiorari denied.

No. 86–7041. BALTSAVIAS *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 86–7042. LEGRAND *v.* SCULLY, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 86–7043. SEALS ET AL. *v.* PITTMAN ET AL. Ct. App. La., 1st Cir. Certiorari denied.

No. 86–7044. STICKLES *v.* MERIT SYSTEMS PROTECTION BOARD. C. A. Fed. Cir. Certiorari denied.

No. 86–7047. HAYWOOD *v.* MASSEY ET AL. C. A. 8th Cir. Certiorari denied.

No. 86–7049. LAY *v.* KIDWELL ET AL. C. A. 4th Cir. Certiorari denied.

No. 86–7050. DIXON *v.* INDIANA. Ct. App. Ind. Certiorari denied.

No. 86–7051. BECKER *v.* NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 86–7055. CHESTNUT *v.* ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 86–7056. SHAKUR *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.